| | |
|---|---|
| Milos Gvozdenovic WSBA54760<br>Weltman, Weinberg & Reis Co. LPA<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131<br>Phone (216) 739-5647<br>Fax (216) 739-5680 | The Honorable Mary Jo Heston<br>Chapter 13<br>Hearing Location: Courtroom H<br>Union Station, 1717 Pacific Avenue, Ste 2100<br>Tacoma, WA 98402-3233<br>Hearing Date: June 25, 2020<br>Hearing Time: 1:00 p.m.<br>Response Date: June 18, 2020 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>LOUIS R RIVERA AND TRACI N RIVERA<br><br><br><br><br>DEBTORS | CASE NO. 20-40480-MJH<br><br>NOTICE OF HEARING AND MOTION FOR ENTRY OF ORDER APPROVING REDACTION OF PRIVATE INFORMATION PER LBR 9018-1(g) AND FRBP 9037(a) |

## NOTICE

Discover Bank ("Creditor") by and through counsel, has filed a Motion for Entry of Order Approving Redaction of Private Information per LBR 9018-1(g) and FRBP 9037(a).

PLEASE TAKE NOTICE THAT THE HEARING IS SET AS FOLLOWS:

Judge: Mary Jo Heston                                      Time: 1:00 p.m.

Place: Courtroom H, Union Station, 1717 Pacific       Date: June 25, 2020
Avenue, Ste 2100, Tacoma, WA 98402-3233

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is June 18, 2020. If you file a response you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, at its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

NOTICE OF HEARING AND MOTION FOR ENTRY OF ORDER                Weltman, Weinberg & Reis Co. LPA
APPROVING REDACTION OF PRIVATE INFORMATION PER LBR             965 Keynote Circle
9018-1(g) AND FRBP 9037(a)                                      Brooklyn Heights, OH 44131
                                                                216-739-5680

Page– 1

## MOTION TO REDACT

NOW COMES Discover Bank ("Creditor") by and through counsel, and respectfully moves the Court for entry of an Order approving the redaction of private information per LBR 9018-1(g) and FRBP 9037 (a) and alleges as follows. The Proof of Claim filed by the Creditor on February 24, 2020 as Claim No. 2-1 contained private information of the Debtor, specifically Debtor's FICO score. Federal Rule of Bankruptcy Procedure 9037(a) limits the private information that may be disclosed in an electronic filing or non-electronic paper filing and requires the redaction of certain information by the filing party.

WHEREFORE, the Creditor respectfully requests entry of an Order granting its motion to redact private information.

Dated: May 27, 2020                                Weltman, Weinberg & Reis Co. LPA

/s/Milos Gvozdenovic
Milos Gvozdenovic, WSBA54760
Attorney for Creditor

NOTICE OF HEARING AND MOTION FOR ENTRY OF ORDER                Weltman, Weinberg & Reis Co. LPA
APPROVING REDACTION OF PRIVATE INFORMATION PER LBR              965 Keynote Circle
9018-1(g) AND FRBP 9037(a)                                      Brooklyn Heights, OH 44131
                                                                216-739-5680

Page– 2

# CERTIFICATE OF SERVICE

On May 28, 2020, I served the NOTICE OF HEARING AND MOTION FOR ENTRY OF RDER APPROVING REDACTION OF PRIVATE INFORMATION and proposed ORDER on the following individuals electronically through the Court's ECF program:

TRUSTEE  
Michael G. Malaier

DEBTOR(S) COUNSEL  
Ellen Ann Brown

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Milos Gvozdenovic  
Milos Gvozdenovic

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant

LOUIS R RIVERA AND TRACI N RIVERA  
2455 Borst Ave #B-9  
Centralia, WA 98531

Dated: May 28, 2020

Weltman, Weinberg & Reis Co. LPA

/s/Milos Gvozdenovic  
Milos Gvozdenovic, WSBA54760  
Attorney for Creditor