Milos Gvozdenovic WSBA54760
Weltman, Weinberg & Reis Co. LPA
965 Keynote Circle
Brooklyn Heights, OH 44131
Phone (216) 739-5647
Fax (216) 739-5680

The Honorable Mary Jo Heston
Chapter 13

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>LOUIS R RIVERA AND TRACI N RIVERA<br><br>DEBTORS | CASE NO. 20-40480-MJH<br><br>**[PROPOSED]**<br>ORDER APPROVING REDACTION OF PRIVATE INFORMATION PER LBR 9018-1(g) AND FRBP 9037(a) |

      This matter came before the Court on the motion filed by Discover Bank ("Creditor") for an Order approving redaction of private information per LBR 9018-1(g) and FRBP 9037(a). After reviewing the Notice and Motion filed herein, and being otherwise fully advised, it is hereby ORDERED as follows:

      1.    That the Proof of Claim filed by the Creditor on February 24, 2020 as Claim No. 2-1 be sealed from the public record; and.

ORDER APPROVING REDACTION OF PRIVATE
INFORMATION PER 9018-1(g) AND FRBP 9037(a)

Page 1

Weltman, Weinberg & Reis Co. LPA
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5680

2. That the Creditor shall file an amended Proof of Claim within seven (7) days of entry of this Order.

///END OF ORDER///

Presented by:

Weltman, Weinberg & Reis Co. LPA

/s/ Milos Gvozdenovic
Milos Gvozdenovic, WSBA54760
Attorney for Creditor

ORDER APPROVING REDACTION OF PRIVATE
INFORMATION PER 9018-1(g) AND FRBP 9037(a)

Page 2

Weltman, Weinberg & Reis Co. LPA
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5680